**Order entered July 23, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00499-CR

**JEB STEVENS BROWN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 6
Collin County, Texas
Trial Court Cause No. 006-83651-2013**

## ORDER

The Court **GRANTS** court reporter Jennifer K. Corley's July 21, 2014 motion for extension of time to file the reporter's record.

We **ORDER** Ms. Corley to file the reporter's record within **THIRTY (30) DAYS** from the date of this order.

We **ORDER** the Collin County District Clerk to file the clerk's record within **FIFTEEN (15) DAYS** from the date of this order.

/s/    LANA MYERS
        JUSTICE